**ORIGINAL**

1 ROBERT BROWN, CDCR # P-36938
PVSP
2 P.O. BOX 8503
COALINGA, CA 93210
3
Intervenor In Propria Persona
4

FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH G. KEEL, | No. CV08-7591 RMT (VBK) |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE; DECLARATION OF ROBERT BROWN |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

TO THE PRESIDING DISTRICT COURT JUDGE AND ALL PARTIES:

PLEASE TAKE NOTICE that, as soon as the matter may be heard in the above-entitled action, intervenor ROBERT BROWN will and does move the Court under Federal Rules of Civil Procedure, Rule 24(b)(c), for an order granting him leave to intervene by the above-named plaintiff filing an amended (class action) complaint in accordance with Rule 23.

The Courthouse is located at 312 North Spring Street, L.A., California, 90012-4793.

The grounds for issuance of this order are that intervenor

1

1. **ROBERT BROWN** has an interest in the matter in litigation;
2. that is, common questions of law and fact.
3.     The motion is based on this Notice, the attached Declaration,
4. Memorandum of Points and Authorities, Exhibit A, along with all
5. papers filed in this action, and on any evidence received at
6. the hearing.
7. Date: 07-05-09
8. 
9. *(signature)* Robert Brown                              *(signature)* KENNETH G. KEEL, Plaintiff

DECLARATION OF ROBERT BROWN

I, ROBERT BROWN, declare and state:

1. I am the intervenor in propria persona. I have personal knowledge of all facts in this declaration and, if called as a witness, I could and would testify competently to them.

2. On 11-10-98, following a trial and conviction for 12020(A) DIRK or DAGGER I was sentenced to an indeterminate term of life in prison, Los Angeles Co. County Case BA160163 A true and correct copy of my Abstract of Judgment is marked EXHIBIT A hereto, and incorporated by reference.

3. Under Rule 24(b) of Federal Rules of Civil Procedure, I apply to this Court for an order granting leave to intervene in this action.

4. As intervenor, I have an interest in the matter in litigation in this action.

5. In this action, I join plaintiff KENNETH G. KEEL in claiming what is set forth in the complaint.

6. I'm in a class of individuals who suffered injury to business or property--i.e., prospective business, contracts and/or employment opportunities--as a direct result of defendants public policy enterprise, which was financed by funds derived from a pattern of racketeering activity, and defeated Proposition 66 with deceit and fraud.

7. I'm in a class individuals who will suffer future injury to business or property--i.e., potential loss of privileges, personal property and/or liberty--as a direct result of defendants continuing public policy enterprise. Defendant Nicholas recently

3

financed a ballot initiative (Proposition 9) with income that was derived from a pattern of racketeering activity.

WHEREFORE, the instant application for intervention should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07-05-09   2009, at Represa, California.

_____
Declarant, Robert Brown

4

# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit:

Abstract of Judgment

Number of pages to this Exhibit: __1__ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

[X] SUPERIOR
[ ] MUNICIPAL
[ ] JUSTICE

COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
BRANCH OR JUDICIAL DISTRICT: **CENTRAL CRIMINAL**

COURT (I.D.) 19,000,1

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **BROWN, ROBERT IVAN**   [X] PRESENT   BA160163 -A
AKA: BK # 5995722                    [ ] NOT PRESENT
COMMITMENT TO STATE PRISON           AMENDED
ABSTRACT OF JUDGMENT                 ABSTRACT [ ]

DATE OF HEARING 02-10-99   DEPT. NO. 102   JUDGE J.D. SMITH   CLERK R. RAMSEYER
REPORTER D. GARCE   COUNSEL FOR PEOPLE O. ROSALES   COUNSEL FOR DEFENDANT S. BROWN   PROBATION NO. X958561

FILED LOS ANGELES SUPERIOR COURT
MAR 29 1999
JOHN A. CLARKE
BY M. SPENCER, DEPUTY

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT (NUMBER OF PAGES) ___

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY (JURY/COURT/PLEA) | PRINCIPAL | CONSECUTIVE | 654 PC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | PC | 12020(A) | Poss/mfg/sell danger weapon | 97 | 11 | 10 | 98 | X (JURY) | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC...

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER...

4. Defendant was sentenced to State Prison for an indeterminate term:
A. [ ] For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ___
B. [ ] For LIFE WITH POSSIBILITY OF PAROLE on counts ___
C. [ ] For 15 years to life, WITH POSSIBILITY OF PAROLE on counts ___
D. [X] For 25 years to life, WITH POSSIBILITY OF PAROLE on counts 1
E. [ ] For other term prescribed by law on counts ___
PLUS enhancement time shown above.

5. [ ] Indeterminate sentence shown on this abstract to be served [ ] consecutive to [ ] concurrent with any prior incompleted sentence(s)

6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)
**3 STRIKE CASE. SENTENCE PURSUANT TO SECTION 1170.12 A-D & 667 B-I . PAY RESTITUTION FINE PURSUANT TO SECTION 1202.4B $200.00
ON MARCH 22, 19999 THE COURT ORDERS AN 1170(D) PENAL CODE DIAGNOSTIC EVALUATION FOR THE DATE OF MAY 24, 1999. THE COURT ORDERS THE EVELUATION EXPEDITED DUE TO THE FACT THAT THE SENTENCE WAS IMPOSED ON O2-10-99.**

7. [ ] The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
E. [ ] OTHER ___

9. DATE OF SENTENCE PRONOUNCED: 02-10-99
CREDIT FOR TIME SPENT IN CUSTODY: 117
ACTUAL LOCAL TIME: 98
LOCAL CONDUCT CREDITS: 19
STATE INSTITUTIONS: [ ] DMH  [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN—FRONTERA
[ ] WASCO
[ ] OTHER (SPECIFY)
[ ] CCWF—CHOWCHILLA
[ ] SAN QUENTIN
[X] CALIF. INSTITUTIONS FOR MEN—CHINO
[ ] R.J. DONAVAN
[ ] DEUEL VOC. INST.

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: M. SPENCER
DATE: March 29, 1999

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California
Effective January 1, 1993

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE
CR 292

Pen. C. § 1213.5

DISTRIBUTION: PINK COPY—COURT FILE   YELLOW COPY—DEPARTMENT OF CORRECTIONS   WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS