JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KENNETH G. KEEL, | No. CV 08-07591-CBM (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Pursuant to the Order for Summary Dismissal,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED: 9/1/2010

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE